IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                              CIV. NO. S-90-1585 EJG

DANIEL HEATH, et al.,        ORDER AFTER HEARING

        Defendants.
_____/

    This matter was before the court on October 15, 2009 for hearing on plaintiff's motion to re-open and for entry of judgment. Assistant U.S. Attorney Kurt Didier appeared on behalf of plaintiff. James Freeman appeared on behalf of defendant Daniel Heath. After considering the parties' written and oral arguments and the record in this matter, and for the reasons stated in the court's oral analysis in open court and on the record, the court enters the following order.

    The motion is GRANTED IN PART AND DENIED IN PART. The case is re-opened; however, the request for entry of judgment is DENIED. The parties shall meet and confer concerning a date for a status conference or evidentiary hearing.

    IT IS SO ORDERED.

Dated: October 15, 2009

                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA, JUDGE
                              UNITED STATES DISTRICT COURT