IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                No. CIV 2:90-cv-1585-EJG-JFM

    vs.

DANIEL G. HEATH et al.,

        Defendants.         <u>ORDER</u>

_____/

        A settlement conference is set for July 1, 2010 at 1:30 p.m. in the chambers of the undersigned. The parties are referred to Local Rule 270 and are cautioned that compliance with Local Rule 270(f) is required.

DATED: May 6, 2010.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

/014;usa1585.1044