```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KURT A. DIDIER
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2750

 5  Attorneys for Plaintiff and
    Counterdefendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:90-cv-01585-EJG-JFM |
| Plaintiff, | **REQUEST FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** |
| v. | |
| DANIEL G. HEATH, JOHN P. HEATH and MARY C. HEATH, Individually, and dba OLE ARABIANS, a General Partnership, | |
| Defendants. | |
| DANIEL G. HEATH, JOHN HEATH and MARY HEATH, | |
| Counterclaimants, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Counterdefendant. | |

The parties, having resolved their differences, hereby request dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a). Each party shall bear its own costs and fees incurred

in this litigation.

                                                        BENJAMIN B. WAGNER
                                                       UNITED STATES ATTORNEY

Dated: December 27, 2010        By:   /s/ *Kurt A. Didier*
                                                         KURT A. DIDIER
                                                           ASSISTANT U.S. ATTORNEY
                                                           Attorneys for the United States of America

Dated: December 22, 2010        By:   /s/ *Daniel G. Heath*
                                                         DANIEL G. HEATH, individually and
                                                           dba OLE ARABIANS, Defendant and
                                                           Counterclaimant

                                                           GOLDSBERRY, FREEMAN &
                                                           GUZMAN, LLC

Dated: December 22, 2010        By:   /s/ *James T. Freeman*
                                                         JAMES T. FREEMAN, ESQ.
                                                         Attorneys for Defendant and
                                                         Counterclaimant Daniel G. Heath

Dated: December 13, 2010        By:   /s/ *John P. Heath*
                                                         JOHN P. HEATH, individually and dba
                                                         OLE ARABIANS, in pro per

Dated: December 13, 2010        By:   /s/ *Mary C. Heath*
                                                         MARY C. HEATH, individually and dba
                                                         OLE ARABIANS, in pro per

**ORDER**

Pursuant to the parties' Request for Dismissal and Fed. R. Civ. P. 41(a), this case is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and fees incurred in this litigation.

IT IS SO ORDERED.


Dated:  January 3, 2011                         /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                                UNITED STATES DISTRICT JUDGE